

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

### NO. WR-80,275-04

---

### IN RE ANTHONY RAY BANKS, Relator

---

### ON APPLICATION FOR A WRIT OF MANDAMUS
### TRIAL CAUSE NOS. 67286, 67288 & 64255
### IN THE CRIMINAL DISTRICT COURT FROM JEFFERSON COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed, in the trial court on or about August 8, 2019, one or more motions for *nunc pro tunc* judgments concerning his convictions but that the trial court has not made any ruling. *See Ex parte Ybarra*, 149 S.W.3d 147, 148 (Tex. Crim. App. 2004); *Ex parte Florence*, 319 S.W.3d 695, 696 (Tex. Crim. App. 2010). Consideration of a motion properly filed and before a trial court is ministerial, and mandamus may be pursued to compel a ruling. *Id.*; *White v. Reiter*, 640 S.W.2d 586, 594 (Tex. Crim. App. 1982); *Braxton v. Dunn*, 803 S.W.2d 318, 320 (Tex. Crim. App. 1991). The mandamus issue is properly before this Court. *Id.*; *In Re Anthony Ray Banks*, No. 09-20-00157-CR (Tex. App.—Beaumont Jul. 15, 2020).

Respondent, the Judge of the Criminal District Court of Jefferson County in which the judgments for Relator's convictions were entered, shall provide this Court with a response indicating whether Relator has filed a motion(s) for *nunc pro tunc* judgment(s) and whether the trial court has ruled on the motion(s). Respondent shall provide the response to this Court within thirty days of the date of this order. This motion for leave to file will be held until Respondent has complied with this order.

Filed: September 30, 2020
Do not publish